UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALEXANDRE DAVIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ABNER EDERY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 23cv1333-CAB (JLB)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CIVIL ACTION** |

On July 14, 2023, Alexandre Davis ("Plaintiff"), a prisoner proceeding pro se, filed a civil rights Complaint accompanied by a motion to proceed in forma pauperis ("IFP"). (ECF Nos. 1-2.) On July 27, 2023, the Court denied the IFP motion for failure to include the required prisoner trust fund account statement. (ECF No. 3.) Plaintiff was given until September 10, 2023, to either pay the civil filing fee or submit a properly supported IFP application. (*Id.* at 3.) On October 17, 2023, the Court extended that deadline to December 1, 2023. (ECF No. 10.) Plaintiff was warned that if he did not pay the civil filing fee or submit a properly supported IFP application by that date this action would remain dismissed and that no further extensions would be granted. (*Id.* at 2.)

On April 12, 2024, nearly four and one-half months after the extended deadline expired, Plaintiff filed an IFP motion and an amended complaint in this dismissed action. (ECF Nos. 11-12.) The IFP motion contains a blank prisoner trust fund account statement.

(ECF No. 11 at 3.)  As Plaintiff was previously informed, the Court cannot grant an IFP application without the trust fund account statement for the 6-month period immediately preceding the filing of the Complaint.  *Andrews v. King*, 398 F.3d 1113, 1119 (9th Cir. 2005) ("prisoners must demonstrate that they are not able to pay the filing fee with an affidavit and submission of their prison trust account records."), citing 28 U.S.C. § 1915(a)(1)&(2).  Plaintiff's motion to proceed IFP is **DENIED**.

Because Plaintiff has failed to timely comply with the Court's Orders regarding paying the civil filing fee or submitting a properly supported IFP application and was instructed that no further extensions of time would be granted following the December 1, 2023 deadline, this action is **DISMISSED** without prejudice based on Plaintiff's failure to pay the civil filing fee or submit a properly supported motion to proceed IFP pursuant to 28 U.S.C. §§ 1914(a) & 1915(a).  The Clerk of Court will enter final judgment of dismissal and close the case.

**IT IS SO ORDERED**

Dated:  April 17, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge